UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CORPORATE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRACE ROSE FARMS, LLC, <br><br> Defendant. | Case No. 2:22-cv-08131-SB-PD <br><br> ORDER GRANTING DISMISSAL AND DENYING STIPULATION TO RETAIN JURISDICTION |

  Following the parties' notice of settlement, the Court dismissed this action without prejudice on January 19, 2023, ordering that the dismissal would convert to a dismissal with prejudice after 60 days. Dkt. No. 25. On February 8, 2023, the parties filed a stipulation to dismiss the case with prejudice with the Court retaining jurisdiction through June 28, 2026, the final date of the parties' agreed payment plan. Dkt. No. 26. The stipulation is GRANTED in part, and Plaintiff's claims are DISMISSED with prejudice. This case has now concluded, and the Court declines to retain jurisdiction as requested. See *Arata v. Nu Skin Int'l, Inc.*, 96 F.3d 1265, 1269 (9th Cir. 1996) (noting that a "district court was under no obligation to reserve [ancillary] jurisdiction" to enforce compliance with a settlement agreement).

  IT IS SO ORDERED.

Date: February 8, 2023

                Stanley Blumenfeld, Jr.
                United States District Judge

1